476 A.2d 80

Commonwealth v. Young, Appellant.

582

 Submitted February 27, 1984. George W. Bills, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.